UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
3 1 2 NORTH SPRING STREET
LOS ANGELES, CALIFORNIA 9OO1 2

CHAMBERS OF
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

September 22, 2004

TELEPHONE
(2 3) 894-855 1

**VIA TELECOPIER:  (202) 502-1899**

Hon. Mary M. Lisi, Chair
Judicial Conference Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Re:     **2003 Financial Disclosure Report**

Dear Judge Lisi:

I have received your letter dated August 19, 2004. The following is my response to the issues you have raised regarding Section VII:

1.     Part VII - page 1, line 5, Putnam Int'l Growth Fund A (Formerly Int'l Equity).  This asset is listed on the FDR 2002 report at page 1, line 9, and is reflected on the FDR 2001 report on page 1, line 5. This asset was sold 9/5/03 as reported.

Part VII - Putnam Mid Cap Value Cl A.  This asset is listed on the FDR 2002 report at page 1, line 13. This asset was sold on 9/12/03, and was inadvertently omitted from the FDR 2003 report under section VII.

2.     Part VII - page 2, line 30, Frank Russell Emerging Market Fund.  This asset is listed on the FDR 2002 report at page 2, line 34 and is also listed on the FDR 2003 report at page 2, line 30.  I continue to own this asset.

Part VII - Wells Fargo Asset Allocation Fund.  This asset is listed on the FDR 2002 report at page 2, line 30.  This asset is also reflected on the FDR 2003 report on page 2, line 24.  I continue to own this asset.

Sincerely,



Christina A. Snyder

CAS/rb



# FINANCIAL DISCLOSURE REPORT ~~ORIGINAL~~

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Snyder, Christina A | 2. Court or Organization<br><br>Central Dist. Of California | 3. Date of Report<br><br>7/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>( ) Nomination,    Date<br><br>( ) Initial    (●) Annual    ( ) Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br><br>312 N. Spring Street<br><br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

FINANCIAL DISCLOSURE OFFICE

RECEIVED 2004 JUL 20 A 11:07

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Downey Savings and Loan | ██████████████ | N |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 7/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BANK OF AMERICA IRA ACCOUNT | D | Dividend | J | T | | | | | |
| 2. Nations CA Tax Exempt Fund | G | Interest | J | T | | | | | |
| 3. Putnam Health Sciences Fund | | | | | Sell | 09/05 | K | A | |
| 4. Putnam New Value Class A Fund | | | | | Sell | 09/05 | K | A | |
| 5. Putnam International Growth Fund A formerly Int'l Eq. | | | | | Sell | 09/05 | K | A | |
| 6. Putnam Capital Opportunities CL A | | | | | Sell | 09/05 | K | A | |
| 7. Genter Advisors (Schwab) - DFA IRA Account | C | Dividend | O | T | | | | | |
| 8. DFA US Large Company Fund | | | | | Buy | 09/05 | M | | |
| 9. DFA US Large Cap Value Fund | | | | | Buy | 09/08 | M | | |
| 10. DFA US Small Cap Value Fund | | | | | Buy | 09/08 | L | | |
| 11. DFA Small Cap Value Fund | | | | | Buy | 09/19 | L | | |
| 12. DFA Small Cap Value Fund | | | | | Partial Buy | 12/22 | J | | |
| 13. DFA Large Cap Int'l Fund | | | | | Buy | 09/08 | L | | |
| 14. BEAR STEARNS IRA R/O ACCOUNT | C | Interest | N | T | | | | | |
| 15. -Coca Cola Common Stock | | | | | | | | | |
| 16. -McDonalds Corp. Common Stock | | | | | | | | | |
| 17. - Prandium | | | | | Sell | 12/30 | J | A | |
| 18. -American Express Co. | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 7/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Coca Cola Enterprises | | | | | | | | | |
| 20. -General.Electric Co. | | | | | | | | | |
| 21. -GNMA Pass Thru | | | | | | | | | |
| 22. -GNMA Pass Thru | | | | | | | | | |
| 23. GNMA Pass Thru | | | | | Sell | 02/01 | J | A | |
| 24. WELLS FARGO IRA STAGE COACH ASSET ALLOC- A | B | Dividend | L | T | | | | | |
| 25. Bank of America Money Market | A | Interest | J | T | | | | | |
| 26. Bank of America Checking Accounts | | None | K | T | | | | | |
| 27. CHRISTOPHER WEIL & COMPANY .BEAR STEARNS IRA ACCOUNT | B | Interest | M | T | | | | | |
| 28. -Third Avenue Fund | | | | | Sell | 01/22 | J | A | |
| 29. -ING Funds - formerly Pilgrim Mayflower | | | | | Sell | 01/22 | J | A | |
| 30. -Frank Russell Emerging Markets Fund | | | | | | | | | |
| 31. -Frank Russell Special Growth Fund | | | | | | | | | |
| 32. -Frank Russell Real Estate Securities | | | | | Sell | 08/04 | J | A | |
| 33. -Frank Russell Quantitative Equity Fund | | | | | | | | | |
| 34. -Frank Russell Diversified Equity Fund | | | | | | | | | |
| 35. Dodge & Cox Stock Fund | | | | | Buy | 01/22 | J | | |
| 36. Calamos Invt. Trust New Gr. Fund Cl A | | | | | Buy | 01/27 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 7/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Growth Fund Amer Inc. Cl F | | | | | Buy | 01/27 | J | | |
| 38. -TRUST #1 SCHWAB ACCT. | G | Interest | P1 | T | | | | | |
| 39. -Met Wtr Dist So. Ca Rev | | | | | | | | | |
| 40. -Met Wtr Dis Rev P/R | | | | | | | | | |
| 41. -Turlock CA IRR Rev | | | | | | | | | |
| 42. -CA State GO | | | | | Sell | 08/20 | M | A | |
| 43. -Fresno CA USD GO | | | | | | | | | |
| 44. -Redwood City CA ESD GO | | | | | | | | | |
| 45. -CA State GO 6.250% 09/01/12 | | | | | | | | | |
| 46. - CA State GO 6.00% 05/01/04 | | | | | Sell | 10/09 | M | A | |
| 47. -CA ST GO | | | | | Sell | 04/01 | L | A | |
| 48. -San Diego Caounty CA COP 6.250% 08/01/04 | | | | | | | | | |
| 49. -Imperial IRR CA COP P/R | | | | | | | | | |
| 50. -San Diego CO CA Wtr Rev COP | | | | | Sell | 05/22 | L | D | |
| 51. -CA ST GO 7.0% 11/01/04 | | | | | Sell | 10/09 | M | A | |
| 52. -CA Ed Facs Au Rev Stanford | | | | | | | | | |
| 53. -CA Pub Wks Rev P/R | | | | | | | | | |
| 54. -San Mateo CO CA St Tax Rev 5.25% 06/01/2017 | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 7/13/2004 |

## VII: INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. -San Fran CA Go | | | | | | | | | |
| 56. -San Diego CO CA Wtr Rev COP | | | | | | | | | |
| 57. -CA ST Pub Wks P/R | | | | | | | | | |
| 58. -San Diego CO CA Wtr Rev COP | | | | | Sell | 12/09 | M | D | |
| 59. -Wisconsin St GO 5.30% 11/01/12 | | | | | Sell | 01/14 | L | C | |
| 60. -Nations Cash Reserves Money Market | A | None | N | T | | | | | |
| 61. -Schwab CA Muni Money Fund | A | Dividend | K | T | | | | | |
| 62. -ABC USD 4.5% 02/01/15 | | | | | Buy | 05/22 | M | | |
| 63. -Riverside CO CA Sls Tx 6.0% 06/01/08 | | | | | Buy | 06/10 | K | | |
| 64. -Sacramento CA Sni Dist 5.75% 12/01/06 | | | | | Buy | 08/20 | M | | |
| 65. -CA ST GO 5.5% 04/01/06 | | | | | Buy | 10/09 | M | | |
| 66. -Chaffey HSD 5.25% 08/01/09 | | | | | Buy | 12/09 | M | | |
| 67. -San Mateo Co Ca St Tax Rev 5.25% 06/01/07 | | | | | Partial Buy | 01/06 | K | | |
| 68. -CA ST GO 5.375% 04/01/14 | | | | | Buy | 01/14 | L | | |
| 69. PUTNAM HARTFORD IRA | A | None | O | T | | | | | |
| 70. Voyager | | None | M | T | | | | | |
| 71. Growth & Income | | None | M | T | | | | | |
| 72. New Opportunity | | None | M | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 7/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Int Equity | | None | M | T | | | | | |
| 74. BANK OF AMERICA TRUST ACCOUNT | E | Dividend | P1 | T | | | | | |
| 75. Nations Large Cap Index Inv A | | | | | Buy | 3/97 | P1 | | |
| 76. Putnam Capital Apprec Cl A | | | | | Buy | 7/97 | L | | |
| 77. Putnam Classic Equity Class A | | | | | Buy | 3/97 | N | | |
| 78. Putnam Health Sciences Class A | | | | | Buy | 3/97 | L | | |
| 79. Putnam Intl Equity Class A | | | | | Buy | 7/97 | L | | |
| 80. Putnam New Opportunities Cl A | | | | | Buy | 7/96 | K | | |
| 81. Putnam New Value Class A | | | | | Buy | 3/97 | L | | |
| 82. Putnam OTC Emerging Growth Cl A | | | | | Buy | 7/96 | L | | |
| 83. Putnam Voyager Class A | | | | | Buy | 7/96 | M | | |
| 84. SCHWABPLAN–401K - Value Advantage Fund | | | | | Buy | 6/.01 | M | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

1) Item numbers 69 thru 83 were inadvertently omitted from the 2002 Financial Disclosue Report.

2). Item number 84 was inadvertently omitted from the 2001 and 2002 Financial Disclosure Report.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Snyder, Christina A | 7/13/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date 7/14/04 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544